IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JACKIE TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL YOUNG, University of Utah President; UNIVERSITY OF UTAH OFFICE OF STUDENT DISABILITY; JOE PETE WILSON; SYDNEY DAVIS; DIVISION OF VOCATIONAL REHABILITATION; STACIE CUMMINGS; and DON UCHIDA,<br><br>    Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:08-CV-177 DB |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge David Nuffer on September 10, 2008, recommending that Plaintiff's Amended Complaint be dismissed because the State of Utah is immune from suit on the allegations raised in this case under the ADA, and because individual defendants cannot be held liable for the alleged violations of the ADA.

The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and DISMISSES Plaintiff's Amended Complaint.

IT IS SO ORDERED.

Dated this 29th day of September, 2008.

Dee Benson
United States District Judge